# Order

Michigan Supreme Court
Lansing, Michigan

November 27, 2019

157476-8 & (62)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARIE HUNT, Personal Representative of the
ESTATE OF EUGENE WAYNE HUNT,
      Plaintiff/Counterdefendant/
      Garnishor-Plaintiff-Appellee/
      Cross-Appellant,

v

ROGER DRIELICK, d/b/a ROGER DRIELICK
TRUCKING,
      Defendant/Counterplaintiff/Cross-
      Plaintiff/Cross-Defendant-Appellee,

and

COREY A. DRIELICK,
      Defendant/Counterplaintiff/Cross-
      Plaintiff/Cross-Defendant-Appellee,

and

GREAT LAKES CARRIERS CORP.,
      Defendant/Cross-Defendant-
      Appellee/Cross-Appellant,

and

GREAT LAKES LOGISTICS & SERVICES,
INC., and MERMAID TRANSPORTATION,
INC.,
      Defendants,

and

SARGENT TRUCKING, INC.,
      Defendant/Cross-Plaintiff-Appellee/
      Cross-Appellant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
      Garnishee-Defendant-Appellant/
      Cross-Appellee.

SC: 157476
COA: 333630
Bay CC: 96-003280-NI

_____

BRANDON JAMES HUBER,

Plaintiff/Garnishor-Plaintiff-Appellee/
Cross-Appellant,

v

COREY A. DRIELICK and ROGER DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
        Defendants/Counterplaintiffs/Cross-
        Plaintiffs/Cross-Defendants-
        Appellees,

and

GREAT LAKES CARRIERS CORP.,
        Defendant/Cross-Defendant-
        Appellee/Cross-Appellant,

and

GREAT LAKES LOGISTICS & SERVICES,
INC., and MERMAID TRANSPORTATION,
INC.,
        Defendants,

and

SARGENT TRUCKING, INC.,
        Defendant-Appellee/Cross-
        Appellant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
        Garnishee-Defendant-Appellant/
        Cross-Appellee.

SC: 157477
COA: 333631
Bay CC: 97-003238-NI

_____

THOMAS LUCZAK and NOREEN LUCZAK,
        Plaintiffs/Garnishor-Plaintiffs-
        Appellees/Cross-Appellants,

v

COREY A. DRIELICK and ROGER DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
        Defendants/Counterplaintiffs/Cross-
        Plaintiffs/Cross-Defendants-
        Appellees,

SC: 157478
COA: 333632
Bay CC: 96-003328-NI

and

GREAT LAKES CARRIERS CORP.,
   Defendant/Cross-Defendant-
   Appellee/Cross-Appellant,

and

GREAT LAKES LOGISTICS & SERVICES,
INC., and MERMAID TRANSPORTATION,
INC.,
   Defendants,

and

SARGENT TRUCKING, INC.,
   Defendant-Appellee/Cross-
   Appellant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
   Garnishee-Defendant-Appellant/
   Cross-Appellee.

_____

   On order of the Court, the application for leave to appeal the December 14, 2017 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered. The application for leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. We direct the Clerk to schedule oral argument on the application for leave to appeal as cross-appellants. MCR 7.305(H)(1).

   The parties shall file supplemental briefs within 42 days of the date of this order addressing the period of time for which garnishee-defendant Empire Fire and Marine Insurance Company, as the Drielick defendants' insurer, is liable for the payment of

judgment interest pursuant to MCL 600.6013 or any postjudgment interest, and the proper method of calculation, see *Matich v Modern Research Corp*, 430 Mich 1 (1988).

In addition, the cross-appellants shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). Each party may file a response brief within 14 days of being served with the other party's initial supplemental brief. Additionally, at this time, the cross-appellees shall electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the cross-appellants. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

CAVANAGH, J., not participating due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

t1120